```
 1  GEORGE CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California State Bar No. 110984
 7       United States Courthouse
         312 N. Spring Street, Suite 1400
 8       Los Angeles, California  90012
         Telephone:  (213) 894-5710
 9       Facsimile:  (213) 894-7177
         Email:      frank.kortum@usdoj.gov
10                                                          JS - 6
    Attorneys for Plaintiff
11  United States of America

12                     UNITED STATES DISTRICT COURT

13                FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                           SOUTHERN DIVISION

15

16  UNITED STATES OF AMERICA,      )   NO.  SACV 08-231-CJC (ANx)
                                   )
17            Plaintiff,           )   [PROPOSED] ORDER TO DISMISS
                                   )
18         v.                      )
                                   )
19  REAL PROPERTY IN SANTA ANA,    )
    CALIFORNIA,                    )
20                                 )
              Defendant.           )
21  _____)
                                   )
22  SHERYL A. MARTINEZ,            )
                                   )
23            Claimant.            )
                                   )
24  _____)
                                   )
25  AURORA LOAN SERVICES,          )
                                   )
26            Interested Party.    )
                                   )
27  _____)

28  //

                                                            FDK:ka
```

1   The Court has received, reviewed, and considered the
2   Stipulation and Request to Dismiss filed by the parties.
3   Pursuant to the Stipulation, and good cause appearing
4   therefore, IT IS HEREBY FOUND AND ORDERED as follows:
5   The request to dismiss this action without prejudice is
6   GRANTED.
7   IT IS SO ORDERED.
8   March 3, 2010

THE HONORABLE CORMAC J. CARNEY
9   UNITED STATES DISTRICT JUDGE

10

11  Respectfully submitted:

12
    GEORGE CARDONA
13  Acting United States Attorney
    CHRISTINE C. EWELL
14  Assistant United States Attorney
    Chief, Criminal Division
15  STEVEN R. WELK
    Assistant United States Attorney
16  Chief, Asset Forfeiture Section

17
    _____
18  FRANK D. KORTUM
    Assistant United States Attorney
19
    Attorneys for Plaintiff
20  United States of America

21

22

23

24

25

26

27

28

2                                              FDK:ka